UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Cristian Isaac Argueta Ayala,

**V.** **CIVIL ACTION NO.** 1:26-cv-11673-FDS

Antone Moniz et al

**ORDER OF DISMISSAL**

Saylor, D.J.

In light of previously given habeas relief, D. 7, this matter shall be closed.

September 17, 2026

/s/Melonie Cooke
Deputy Clerk